Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
Constellation Place
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com

*Attorneys for Plaintiff*
Strike 3 Holdings, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| STRIKE 3 HOLDINGS, LLC, | Case Number: 3:18-cv-02019-EDL |
|---|---|
| Plaintiff, | **NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO QUASH [CM/ECF 14]** |
| vs. | |
| JOHN DOE subscriber assigned IP address 67.170.214.219, | |
| Defendant. | |

1

Notice of Supplemental Authority In Support of Plaintiff's Opposition to Defendant's Motion to Quash [CM/ECF 14]
Case No. 3:18-cv-02019-EDL

PLEASE TAKE NOTICE that Plaintiff, Strike 3 Holdings, LLC ("Strike 3" or "Plaintiff"), hereby submits the Ninth Circuit's recent holding in *Glacier Films (USA), Inc. v. Turchin*, No. CV 16-35688, 2018 WL 3542839 (9th Cir. July 24, 2018) attached as Exhibit A for this Court's consideration regarding Plaintiff's Opposition to Defendant's Motion to Quash. *See* Dkt. 16.  The Ninth Circuit's opinion was published a few hours after Strike 3 filed its Opposition.

In relevant part, the Court of Appeals noted that "individual cases . . . deserve to be judged on their own merits and not saddled with a blanket indictment against peer-to-peer copyright litigation." *Supra* at *3.  In addition, although the Defendant here has made the unsubstantiated accusation that Plaintiff is a "copyright troll," the Court in *Glacier Films* noted that this pejorative term relates to those "who buy up copyrights to adult films" to bring lawsuits (*Supra* at *1) or who are "entities hiding in the shadows, buying the copyrights to pornographic films (without creating anything), and seeking settlements from crowds of John Does embarrassed that they were 'caught' downloading tawdry titles." *Supra* at *7.  That is clearly not the situation with Plaintiff, which produces all of its own creative content (it does not buy up titles to bring lawsuits) and Plaintiff always agrees to protective orders to allow defendants to proceed anonymously (which Plaintiff has done here) and does not "out" people interested in adult films.  Finally, the Court generally discusses copyright law, its remedies, and BitTorrent infringement, and how these structures interreact with one another, which is highly relevant to the pending motion to quash.

Dated: July 31, 2018

Respectfully submitted,

By: _____
Lincoln Bandlow, Esq.
FOX ROTHSCHILD LLP

*Attorney for Plaintiff*
Strike 3 Holdings, LLC

2

Notice of Supplemental Authority In Support of Plaintiff's Opposition to Defendant's Motion to Quash [CM/ECF 14]
Case No. 3:18-cv-02019-EDL

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 31, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Lincoln Bandlow*