Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
Constellation Place
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com

*Attorneys for Plaintiff*
*Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 67.170.214.219, <br><br> Defendant. | Case Number: 4:18-cv-02019-YGR <br><br> **PLAINTIFF'S NOTICE OF SETTLEMENT WITH JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 67.170.214.219** <br><br> Magistrate Judge Yvonne Gonzalez Rogers |

**PLEASE TAKE NOTICE,** Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), has settled this matter with Defendant, John Doe, subscriber assigned IP address 67.170.214.219 ("Defendant") through his counsel, Leila N. Sockolov, Esq. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated:  September 17, 2018                                            Respectfully submitted,

                                                                                        By: /s/ *Lincoln D. Bandlow*
                                                                                        Lincoln D. Bandlow, Esq.
                                                                                        FOX ROTHSCHILD LLP
                                                                                        *Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Lincoln D. Bandlow* __
Lincoln D. Bandlow, Esq.