Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
Constellation Place
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com

*Attorneys for Plaintiff*
*Strike 3 Holdings, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 4:18-cv-02019-YGR |
| Plaintiff, | Honorable Yvonne Gonzalez Rogers |
| vs. | **PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |
| JOHN DOE subscriber assigned IP address 67.170.214.219, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 68, Plaintiff, Strike 3 Holdings, LLC, hereby accepts Defendant's Offer of Judgment served on Plaintiff on September 14, 2018. A true and correct copy of Defendant's Offer of Judgment is attached hereto as Exhibit A, and Plaintiff respectfully requests the Court enter an Order of Judgment in accordance with the provisions of Fed. R. Civ. P. 68(a).

Dated: September 20, 2018

Respectfully submitted,

By: _____
Lincoln D. Bandlow, Esq.

FOX ROTHSCHILD LLP
*Attorney for Plaintiff*