# EXHIBIT A

OTTO O. LEE (SBN 173987)
olee@iplg.com
KEVIN VIAU (SBN 275556)
kviau@iplg.com
LEILA N. SOCKOLOV (SBN 282946)
lsockolov@iplg.com
JENNY HONG-GONZALEZ (SBN 297039)
jhonggonzalez@iplg.com
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

Attorneys for Defendant JOHN DOE subscriber assigned IP address 67.170.214.219

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case No.: 4:18-CV-02019-YGR |
| Plaintiff, | **OFFER OF JUDGMENT** |
| v. | [FRCP 68] |
| JOHN DOE subscriber assigned IP address 67.170.214.219, | |
| Defendant. | |

Defendant JOHN DOE subscriber assigned IP address 67.170.214.219 hereby offers to allow entry of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: Judgment in favor of plaintiff Strike 3 Holdings, LLC against defendant JOHN DOE subscriber assigned IP address 67.170.214.219 in the sum of $14,001 which sum shall include all costs otherwise recoverable in this action.

Dated: September 14, 2018 By: */s/ Otto O. Lee*
Otto O. Lee, Esq.
Kevin Viau, Esq.
Leila N. Sockolov, Esq.
Jenny Hong-Gonzalez, Esq.
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932
*Attorneys for Defendant John Doe*

# **CERTIFICATE OF SERVICE**

I certify that on September 14, 2018, I electronically served a copy of the foregoing OFFER OF JUDGMENT to attorneys for Plaintiff, to the following recipient:

Lincoln D. Bandlow, Esq.
Fox Rothschild, LLP
10250 Constellation Blvd., Suite 900 Los Angeles, CA 90067
Email: LBandlow@foxrothschild.com

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 14, 2018     By:     */s/ Leila N. Sockolov*
                                      Leila N. Sockolov

- 3 -

Case No.: 4:18-cv-02019
OFFER OF JUDGMENT