# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STRIKE 3 HOLDINGS, LLC,**<br><br>         Plaintiff**,**<br><br>    vs.<br><br>**JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 67.170.214.219,**<br><br>         Defendant**.** | CASE NO. 18-cv-02019-YGR<br><br>**ORDER DIRECTING FILING OF PROPOSED FORM OF JUDGMENT**<br><br>Re: Dkt. No. 32 |

The Court is in receipt of plaintiff's notice of acceptance of defendant's offer of judgment. (Dkt. No. 32.) The Court hereby **ORDERS** the parties to file a proposed form of judgment by no later than **Friday, September 28, 2018**. The parties shall submit an editable version of the same to ygrPO@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: September 21, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California