Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
Constellation Place
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com

*Attorneys for Plaintiff*
*Strike 3 Holdings, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 67.170.214.219, <br><br> Defendant. | Case Number: 4:18-cv-02019-YGR <br><br> Honorable Yvonne Gonzalez Rogers <br><br> [PROPOSED JOINT FORM OF] **JUDGMENT** <br><br> **Re: Dkt. No. 33** |

This action having come before the Court, and the Court having been informed of Strike 3 Holdings, LLC's acceptance of John Doe's Rule 68 Offer of Judgment [Dkt. 33], now therefore:

IT IS ORDERED AND ADJUDGED that judgment is hereby entered in the above-captioned matter in favor of Strike 3 Holdings, LLC, AND;

IT IS ORDER that John Doe shall, pursuant to the Offer of Judgment [Dkt. 32-1], remunerate Strike 3 Holdings, LLC $14,001, and has so remunerated payment as of September 20, 2018. AND;

IT IS ORDERED that the clerk shall enter judgment pursuant to Fed. R. Civ. P. 68(a).

**DONE AND ORDERED.**

Dated: 10/1/18

By: *[signature]*
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

Dated: September 26, 2018

By: /s/ *signature*

INTELLECTUAL PROPERTY LAW
GROUP LLP
*Attorneys for Plaintiff*

Respectfully and jointly submitted,

By: /s/ *signature*
Lincoln D. Bandlow, Esq.

FOX ROTHSCHILD LLP
*Attorney for Plaintiff*